IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Jenny Fowler,<br><br>        Plaintiff,<br><br>    vs.<br><br>Wal-Mart and Jane Doe,<br><br>        Defendants. | C.A. No. 6:08-cv-1798-HFF<br><br>**CONSENT ORDER<br>OF DISMISSAL** |

The parties appeared before the Court, upon consent and having reached a compromise, requesting that the Court dismiss the above-captioned matter with prejudice.

IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice and any further action thereon being forever barred.

AND IT IS SO ORDERED.

s/Henry F. Floyd
The Honorable Henry F. Floyd

February _5__, 2009
Greenville, South Carolina

**WE SO MOVE:**